Christian N. Cooper (251630)
Law Office of Christian Cooper
5247 E. The Toledo, Suite A
Long Beach, CA 90803
(562) 999-4880
(562) 222-7940 fax
christian@christiancooper.com

Attorney for Debtor Villie London

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br>**VILLIE LONDON,**<br><br>Debtor. | Case No.:    **2:14-bk-25411-RK**<br>Chapter:    **7**<br><br>**DEBTOR'S SECOND MOTION TO REDEEM PERSONAL PROPERTY UNDER 11 U.S.C. §722 (HONDA PILOT)** |
|---|---|

Movant Villie London (hereinafter "Ms. London") hereby moves this court for an order to redeem the personal property of the debtor, pursuant to 11 U.S.C. §722 and Bankruptcy Rule 6008, on the following grounds:

1. The item to be redeemed (hereinafter "the Honda Pilot") is tangible personal property intended primarily for personal, family or household use, and is more particularly described as follows:
    a. **Year:** 2008
    b. **Make:** Honda
    c. **Model:** Pilot SE 2WD, 4-door, sport utility vehicle
    d. **VIN:** 5FNYF28328B019125
2. The Debtor asserts that the value of the Honda Pilot is **$7,000.00** as of **January 22, 2015**.
3. The Honda Pilot is subject to a single lien from **USAA Federal Savings**

**Bank** (hereinafter "USAA").

4. The balance of the lien as of **August 11, 2014**, is **$14,218.81**.

5. The allowed secured claim of USAA for purposes of redemption (hereinafter "the Redemption Value") should be determined to be not more than **$7,000.00**.

6. A declaration of Ms. London as owner of the Honda Pilot is attached as evidence to establish the value of the Honda Pilot, and the amount of the claim related to the lien encumbering the Honda Pilot.

7. The interest of Ms. London in the Honda Pilot is exempt or has been abandoned by the estate.

8. The debt, which is secured by the Honda Pilot to the extent of the allowed secured claim of USAA, is a dischargeable consumer debt.

9. Ms. London has made arrangements to pay USAA up to the aforesaid amount in a lump sum should this motion be granted.

WHEREFORE, Ms. London requests that the Court order USAA to accept from Ms. London a lump-sum payment of the Redemption Value of **$7,000.00** and release its lien of record.

| | |
|---|---|
| **January 22, 2015** | **/s/ Christian N. Cooper** |
| Date | Christian N. Cooper (251630) |
| | Attorney for Debtor Villie London |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**5247 E. The Toledo, Suite A, Long Beach, CA 90803**

A true and correct copy of the foregoing document entitled: **Debtor's Second Motion to Redeem Personal Property under 11 U.S.C. §722 (Honda Pilot); Declaration of Villie London in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 22, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov**
**Edward M Wolkowitz (TR), emwtrustee@lnbrb.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **January 22, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**ATTORNEY FOR RESPONDENT USAA FEDERAL SAVINGS BANK:**
Aditi Paranjpye, Esq., Weinstein, Pinson & Riley, 2001 Western Ave. #400, Seattle, WA 98121

**RESPONDENT USAA FEDERAL SAVINGS BANK:**
Josue Robles, President & CEO, USAA Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288
*(Address information obtained from FDIC website; CEO name obtained from USAA website)*
*(To be sent 1/23/15 via USPS certified mail, tracking number 7002 0150 0003 5018 4312, with return receipt)*

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **January 22, 2015** | **Christian N. Cooper (251630)** | **/s/ Christian N. Cooper** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**