# DECLARATION OF VILLIE LONDON

I, VILLIE LONDON, declare as follows:

1. I am the debtor in this bankruptcy case.
2. I make this declaration of my own personal knowledge, and if called as a witness, could and would testify thereto.
3. I am the owner of the Honda Pilot that is the subject of the instant motion.
4. My opinion of the value of the Honda Pilot is **$7,000.00** as of **January 20, 2015**, based upon my personal knowledge, including but not limited to:
    a. Review of an estimate of required service ("the Required Service Estimate") from Diamond Honda of Glendale, prepared on January 21, 2015. (A true and correct copy of the Required Service Estimate is attached as Exhibit "1.")
        i. Front brake pad replacement: **$199.99**
        ii. Compliance bushings replacement: **$535.00**
        iii. Timing belt package replacement: **$1,150.00**
        iv. Spark plug replacement: **$285.00**
        v. Valve adjustment: **$525.00**
        vi. Third brake light replacement: **$10.00**
        vii. Total Required Service Estimate: **$2,704.99**
    b. Review of a valuation from the Kelley Blue Book website, KBB.com, ("the KBB Valuation") obtained on January 20, 2015. (A true and correct copy of the KBB Valuation is attached as Exhibit "2.")
        i. I started with the "Good Condition" KBB Valuation (**$9,799.00**), and deducted the cost of the repairs in the Required Service Estimate ($**2,704.99**), for a net value of **$7,094.01**.
    c. An appraisal offer of **$7,000.00** from CarMax ("the CarMax Appraisal Offer"), dated September 3, 2014. (A true and correct copy of the

CarMax Appraisal Offer is attached as Exhibit "3.")

5. As of **August 11, 2014**, the Honda Pilot is subject to a single lien from the Creditor in the amount of **$14,218.81**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| **January 22, 2015** | **/s/ Villie London** |
| Date | Villie London |