# Exhibit "1"

Required Service Estimate

# Diamond Honda of Glendale

138 SOUTH GLENDALE AVE.
GLENDALE, CA 91205
(818) 244-8674

**PARTS AND SERVICE DEPT. HOURS:**
7:00 A.M. - 6:00 P.M. Monday Thru Friday
7:00 A.M. - 4:00 P.M. Saturday

BAR #
EPA #

| CUSTOMER NO | ADVISOR | TAG NO. | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| 63393 | LOUIS WEATHERSPOON  90744 | 4754 | 01/21/15 | HOCS347988 |

| | LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|---|
| VILLIE LONDON | | 6ESM624 | 110,661 | / | |
| 611 MALTMAN AVE | YEAR / MAKE / MODEL | | | DELIVERY DATE | DELIVERY MILES |
| LOS ANGELES, CA 90026-3518 | 08/HONDA/PILOT/4 DOOR | | | 03/29/08 | |
| | VEHICLE I.D. NO. | | | SELLING DEALER NO. | PRODUCTION DATE |
| | 5FNYF28328B019125 | | | | |
| VILLIELONDON@YAHOO.COM | F.T.E. NO. | | P.O. NO. | R.O. DATE | |
| | | | | 01/21/15 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | |
| | 818-800-4770 | | | MO: 110661 | |

```
JOB#  1 CHARGES
LABOR
J# 1  34HOZMULTI      PERFORM MULTI INSP.           TECH(S):90188           INTERNAL
      PERFORM MULTI-POINT INSPECTION
      AS PER FEDERAL LAW; CHECK , REPORT AND ADJUST ALL FOUR TIRE
      PRESSURES.
      /
      RF32PSILF32PSIRR32PSILR32PSI
      REQUIRED SERVICE
      FRONT BRAKE PAD REPLACEMENT-$199.99
      COMPLIANCE BUSHINGS REPLACEMENT-$535.00
      TIMING BELT PACKAGE REPLACEMENT-$1150.00
      SPARK PLUG REPLACEMENT-$285.00
      VALVE ADJUSTMENT ON VEHICLE.-$525.00
      THIRD BRAKE LIGHT REPLACEMENT-$10.00
      CAR HAS MULTIPLE MIS-FIRE CODES ON VEHICLE FROM MULTIPLE
      CYLINDERS ON VEHICLE.
      PERFORMED MULTI POINT INSPECTION INCLUDING TIRE PRESSURE.

JOB#  1 TOTALS
                          JOB#  1 JOURNAL PREFIX  HOCS   JOB#  1 TOTAL          0.00

ESTIMATE
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
         ORIGINAL ESTIMATE OF     $0.00 (+TAX)
TOTALS

THANK YOU FOR VISITING THE ALL NEW                    TOTAL LABOR....     0.00
DIAMOND HONDA OF GLENDALE!                            TOTAL PARTS....     0.00
WE APPRECIATE YOUR BUSINESS!                          TOTAL SUBLET...     0.00
                                                      TOTAL G.O.G....     0.00
I AUTHORIZE THE RETRIEVAL OF ON-BOARD                 TOTAL MISC CHG.     0.00
DATA AS NEEDED TO FACILITATE VEHICLE                  TOTAL MISC DISC     0.00
REPAIR, AS WELL AS SHARING OF THAT                    TOTAL TAX......     0.00
DATA WITH THE MANUFACTURER FOR
DIAGNOSTIC AND RESEARCH PURPOSES.                     TOTAL INVOICE $     0.00
```

**MANUFACTURERS WARRANTY FROM 12 MONTHS/12,000 MILES**

***THIS EXCLUDES*** - ALIGNMENTS - WEAR ITEMS - ELECTRICAL AND REMANUFACTURED PARTS.***

***COURTESY SHUTTLE SERVICE IS AVAILABLE***

TO LOCAL AREA:
MONDAY-SATURDAY 7:30 AM - 4:00 PM

BY LAW, YOU MAY CHOOSE ANOTHER LICENSED SMOG CHECK FACILITY TO PERFORM ANY NEEDED REPAIRS OR ADJUSTMENTS WHICH THE SMOG TEST INDICATES ARE NECESSARY.

**POWER OF ATTORNEY**
The undersigned, hereinafter called the "INSURED", for the consideration of repairs made to "INSURED'S" automobile, does hereby grant to said DIAMOND HONDA OF GLENDALE, "INSURED'S" power of attorney to sign or endorse any checks and/or drafts made payable to "INSURED", and any releases thereof as settlement for "INSURED'S" for damage to the automobile.

DATE: _____

SIGNATURE: _____

**PAID JAN 21 2015 By**

CUSTOMER SIGNATURE

PAGE 1 OF 1          CUSTOMER COPY          [ END OF INVOICE ]   03:25pm

# Honda Multi-Point Vehicle Inspection Checklist

## HONDA

| | |
|---|---|
| R/O TAG NUMBER | NEXT SERVICE DUE |
| VIN | MILEAGE |
| SERVICE ADVISOR | TECHNICIAN |

**Legend:** 🟢 Satisfactory   🟡 May Require Future Attention   🔴 Requires Immediate Attention

### Interior/Exterior
- Headlights (check high and low beams)/Taillights/Brake lights/Hazard warning lights/Turn signals/Exterior lamps — 🟡
- Interior light — 🟢
- Windshield washer spray/Wiper operation/(Wiper blades)/Windshield condition — 🔴
- Parking brake — 🟢
- Horn operation — 🟢
- Clutch operation (if applicable) — 🟢
- Cabin air filter replaced at owner's manual service interval ○ Yes ○ No

### Battery Performance (see attached ED-18 printout)
- Good — 🟢
- Replace

### Under Hood
- Check fluid levels: Oil/Coolant/Power steering fluid/Brake fluid*/Windshield washer fluid/Automatic transmission fluid — 🟡
- External drive belts and radiator hoses — 🟢
- Hydraulic clutch reservoir fluid (M/T vehicles)
- Engine air filter replaced at owner's manual service interval ○ Yes ○ No

### Under Vehicle
- Brake lines/Hoses/Parking brake cable — 🟢
- Shock absorbers/Struts/Suspension/Tie rod ends and boots/Steering gear and dust seals — 🟡
- Exhaust system — 🟢
- Engine oil and/or fluid leaks — 🟢
- Drive shaft boots/Constant velocity boots and bands — 🟢

### Tire Condition

| | Left Front | Right Front |
|---|---|---|
| Wear pattern | 🟡 | 🟡 |
| Tire tread | 4.5 /32nds | 4.5 /32nds |

| | Left Rear | Right Rear |
|---|---|---|
| Wear pattern | 🟡 | 🟡 |
| Tire tread | 5.5 /32nds | 5.5 /32nds |

Spare — Wear pattern / Tire tread ___ /32nds

Front tire inflation set to **32** psi
Rear tire inflation set to **32** psi

### Brake Condition

| | Left Front | Right Front |
|---|---|---|
| | 2.5 mms | 2.5 mms — 🔴 |

| | Left Rear | Right Rear |
|---|---|---|
| | 3.5 mms | 3.5 mms |

Brakes not inspected on this visit ☐

### Please Indicate Areas of External Damage or Wear



*Note: Brake fluid NOT filled – fluid level indicates pad wear

### Comments
compliance bushings tearing
rec. front brakes
rec. fluid services by mileage
rec. timing belt package?
rec. spark plugs & valve adj.?
3rd brake light is out
rec. wipers

HAD-MPC (8/09) © 2009 American Honda Motor Co., Inc.   The Reynolds and Reynolds Company   TO ORDER www.reysource.com; 1-800-344-0996; fax 1-800-531-9055