# Exhibit "2"

Kelley Blue Book Valuation

**Kelley Blue Book** The Trusted Resource®


VISIT YOUR LOCAL DEALER
in Southern California
ACURA
> MEET THE 2015 ILX

Advertisement

Why ads?

# 2008 Honda Pilot
# Pricing Report



**Style:** SE Sport Utility 4D
**Mileage:** 110,000

**Sell To Private Party**

Fair Condition $8,303

Good Condition $9,799

Very Good Condition $10,405

Excellent Condition $10,666

PRIVATE PARTY RANGE

KELLEY BLUE BOOK OFFICIAL GUIDE

**Private Party Values valid for your area through 1/22/2015**

## Vehicle Highlights

**Fuel Economy:**
City 16/Hwy 22/Comb 18 MPG

**Max Seating:** 8

**Doors:** 4

**Engine:** V6, VTEC, 3.5 Liter

**Drivetrain:** 2WD

**Transmission:** Automatic, 5-Spd w/Overdrive

**EPA Class:** Sport Utility Vehicles

**Body Style:** Sport Utility

**Country of Origin:** Japan

**Country of Assembly:** United States

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
  V6, VTEC, 3.5 Liter
**Transmission**
  Automatic, 5-Spd w/Overdrive
**Drivetrain**
  ✓ 2WD
**Braking and Traction**
  Traction Control
  Stability Control

**Comfort and Convenience**
  Air Conditioning
  Air Conditioning, Rear
  Power Windows
  Power Door Locks
  Cruise Control
**Steering**
  Power Steering
  Tilt Wheel
**Entertainment and Instrumentation**
  AM/FM Stereo
  CD (Multi Disc)
  DVD System
**Safety and Security**
  Dual Air Bags

**Seats**
  Power Seat
**Roof and Glass**
  Moon Roof
  Privacy Glass
**Cargo and Towing**
  Roof Rack
**Wheels and Tires**
  Alloy Wheels

## Glossary of Terms

**Kelley Blue Book® Trade-in Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it

Tip:

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an

in to a dealer. However, every dealer is different and values are not guaranteed.

objective report.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The final price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

---

© 1995-2015 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2015 Kelley Blue Book Co., Inc. All rights reserved. 1/16/2015-1/22/2015 Edition for California 90814. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.15013)