# Exhibit "3"
CarMax Appraisal Offer

# CarMax Appraisal Offer

**Name:** VILLIE LONDON
**Address:** 651 WINSLOW AVE
LONG BEACH CA 90814
**Vehicle:** 2008 HONDA PILOT 4D SPORT UTILITY SE
**Mileage:** 104,273   **Engine:** 3.5L
**VIN:** 5FNYF28328B019125
**Color:** BURGUNDY

**Sales Consultant:** AARON EUBANKS II
7129 - BUENA PARK, CA
**Date:** 09/03/2014

## Features Considered

- POWER LOCKS
- POWER WINDOWS
- SUNROOF(S)
- AM/FM STEREO
- CD AUDIO
- AIR CONDITIONING
- REAR DEFROSTER
- CRUISE CONTROL
- ABS BRAKES
- THIRD ROW SEAT
- CLOTH SEATS
- POWER SEAT(S)
- FOLD-AWAY THIRD ROW
- POWER MIRRORS
- ALLOY WHEELS
- TOW HITCH
- TRACTION CONTROL
- SIDE AIRBAGS
- AUTOMATIC TRANSMISSION
- OVERHEAD AIRBAGS, SIRIUSXM TRIAL AVAILABLE

## Conditions Assessed    287826

| | | | |
|---|---|---|---|
| Engine: | Noise Detected | Dash: | Engine Light On |
| Front Seats: | Good Condition | Rear Seats: | Good Condition |
| Carpet: | Good Condition | Transmission: | Good Condition |
| Front Tires: | Good Condition | Rear Tires: | Good Condition |
| Wheels: | Good Condition | | |

## Appraisal Offer $7,000

This offer is valid until the close of business on 9/10/14.

The offer for your vehicle will not change for 7 days and will be honored at all CarMax stores.
After 7 days, your vehicle will need to be reappraised and the **offer may change**.

**Comments**
PLEASE ASK FOR A CERTIFIED APPRAISER IF THERE ARE ANY QUESTIONS.
THANKS FOR HAVING YOUR VEHICLE APPRAISED

**Your Appraiser**
JEREMY M.
- CarMax Certified Appraiser

If you would like a detailed explanation of how we determined your Appraisal Offer, ask to see your Appraiser.

## We'll buy your car TODAY!

- We make it easy to sell your car and we'll buy your car even if you don't buy one from us.
- The appraisal offer is good for 7 days.
- When you sell to CarMax you'll save time and money and avoid the hassles of selling it yourself – costly advertising, finding a buyer, and negotiating a price.

**Get informed –**
Ask your Sales Consultant to show you our pricing games display. You'll learn how traditional dealers can alter pricing to make customers feel like they're getting a good deal.

## Bring these items
*to sell us your vehicle*

- ☐ Title (if it is not with a lienholder)
- ☐ Valid registration
- ☐ Valid state-issued photo ID for all titleholders
- ☐ All keys and remotes (if applicable)

See other side for important details.