| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christian N. Cooper (251630)<br>Law Office of Christian Cooper<br>5247 E. The Toledo, Suite A<br>Long Beach, CA 90803<br>(562) 999-4880<br>(562) 222-7940 fax<br>christian@christiancooper.com | |
| *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>VILLIE LONDON,<br><br><br>Debtor(s). | CASE NO.: 2:14-bk-25411-RK<br>CHAPTER: 7<br><br>**DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LBR 2090-1**<br><br>[No Hearing Required] |
|---|---|

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On *(specify date)* 01/20/2015, I agreed with the Debtor that for a fee of $ 0.00, I would provide the following services only:

   a. ☐ Prepare and file the Petition and Schedules
   b. ☐ Represent the Debtor at the 341(a) Meeting
   c. ☐ Represent the Debtor in any relief from stay motions
   d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727
   e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523
   f. ☒ Other *(specify)*:

      Prepare and file Motion to Redeem Personal Property under 11 U.S.C. §722 (Honda Pilot) and Application for Order Setting Hearing on Shortened Notice.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 1                          F 2090-1.1.DEC.LTD.SCOPE

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of the prior page.

Date: 01/20/2015

I HEREBY APPROVE THE ABOVE:

_____
Signature of Debtor

Law Office of Christian Cooper
_____
Printed name of law firm

_____
Signature of attorney

Christian N. Cooper (251630)
_____
Printed name of attorney

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                          F 2090-1.1.DEC.LTD.SCOPE