Christian N. Cooper (251630)
Law Office of Christian Cooper
5247 E. The Toledo, Suite A
Long Beach, CA 90803-1888
(562) 999-4880
(562) 222-7940 fax
cacb@christiancooper.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**VILLIE LONDON,**<br><br><br><br><br>Debtor. | Case No.:  **2:14-bk-25411-RK**<br>Chapter:  **7**<br><br>**NOTICE OF MOTION FOR DEBTOR'S SECOND MOTION TO REDEEM PERSONAL PROPERTY UNDER 11 U.S.C. § 722 (HONDA PILOT)**<br><br>Date:  **February 3, 2015**<br>Time:  **2:30 p.m.**<br>Courtroom:  **1675**<br>Place:  **255 E. Temple St.**<br>            **Los Angeles, CA 90012** |

1. **TO USAA FEDERAL SAVINGS BANK, UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

2. **NOTICE IS HEREBY GIVEN** that on the above date and time, and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. Your rights may be affected. You should read these papers carefully and discuss

them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

4. **DEADLINE FOR OPPOSITION:** This Motion is being heard on **shortened** notice pursuant to LBR 9075-1. Any opposition to this Motion may be made **orally** at the hearing.

Date: **January 26, 2014**

**Law Office of Christian Cooper**
Printed name of law firm

**/s/ Christian N. Cooper**
Signature

**Christian N. Cooper (251630)**
Printed name of attorney

# AMENDED PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**5247 E. The Toledo, Suite A, Long Beach, CA 90803**

A true and correct copy of the foregoing document entitled: **Notice of Motion for Debtor's Second Motion to Redeem Personal Property under 11 U.S.C. § 722 (Honda Pilot); Declaration and Exhibits in Support Thereof** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 26, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE**: Edward M. Wolkowitz, emwtrustee@lnbrb.com
**UNITED STATES TRUSTEE**: ustpregion16.la.ecf@usdoj.gov
**ATTORNEY FOR DEBTOR**: Christian Cooper, cacb@christiancooper.com
**ATTORNEY FOR CREDITOR USAA FEDERAL SAVINGS BANK**: Bethany Wojtanowicz, bethanyw@w-legal.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **January 26, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**ATTORNEY FOR RESPONDENT USAA FEDERAL SAVINGS BANK:**
Aditi Paranjpye, Esq., Weinstein, Pinson & Riley, 2001 Western Ave. #400, Seattle, WA 98121

**RESPONDENT USAA FEDERAL SAVINGS BANK:**
Josue Robles, President & CEO, USAA Federal Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION, OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 26, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**PRESIDING JUDGE:**
Hon. Robert N. Kwan, U.S. Bankruptcy Court, 255 E. Temple St., Suite 1682, Los Angeles, CA 90012
*(Via personal delivery)*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **January 26, 2015** | **Christian N. Cooper (251630)** | **/s/ Christian N. Cooper** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**