Christian N. Cooper (251630)
Law Office of Christian Cooper
5247 E. The Toledo, Suite A
Long Beach, CA 90803
(562) 999-4880
(562) 222-7940 fax
christian@christiancooper.com

Attorney for Debtor Villie London

FILED & ENTERED

FEB 04 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**VILLIE LONDON**,<br><br>                                  Debtor. | Case No.:   2:14-bk-25411-RK<br>Chapter:      7<br><br>**ORDER GRANTING DEBTOR'S SECOND MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY UNDER 11 U.S.C. § 722 (HONDA PILOT)**<br><br>HEARING:<br>DATE:   February 3, 2015<br>TIME:    2:30 p.m.<br>PLACE: Courtroom 1675<br>              255 East Temple Street<br>              Los Angeles, CA 90012 |

   Upon the motion of debtor Villie London (hereinafter "Debtor"), and there having been no responsive filing or objection, the Court finds as follows:

1. The personal property described below (hereinafter "the Honda Pilot") is intended primarily for personal, family, or household use:

    - **Year:** 2008
    - **Make:** Honda
    - **Model:** Pilot SE 2WD, 4-door, sport utility vehicle

- **VIN:** 5FNYF28328B019125

2. The debt owing to creditor USAA Federal Savings Bank (hereinafter "USAA") for the Honda Pilot is a dischargeable consumer debt.
3. Debtor's interest in the Honda Pilot is exempt.
4. The value of USAA's secured claim ("the Redemption Amount") is **$7,000.00**.

**IT IS HEREBY ORDERED:**

1. Debtor may redeem the Honda Pilot by paying the Redemption Amount to USAA on or before the thirtieth (30th) day following entry of this Order.
2. Upon timely receipt of the Redemption Amount, USAA is ordered (1) to cancel its lien of record for the Honda Pilot (hereinafter "the Lien"), and (2) to surrender the certificate of title for the Honda Pilot to Debtor, in accord with Debtor's instruction.
3. If USAA fails to cancel the Lien and surrender title within fourteen (14) days after Debtor pays the Redemption Amount, (1) this Order shall serve as an authorization to cancel the Lien, and (2) the applicable County Clerk's Office is ordered to cancel the Lien.

**IT IS SO ORDERED.**

###

Date: February 4, 2015

Robert Kwan
United States Bankruptcy Judge